**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANKIE WEISNER,<br><br>    Plaintiff,<br><br>    v.<br><br>RICK HILL, et al.,<br><br>    Defendants. | No. 2:21-CV-2275-TLN-DMC-P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

        Plaintiff initiated this action with a pro se civil rights compliant filed on December 10, 2021. See ECF No. 1. On February 16, 2022, the Court determined service of the original complaint was appropriate for both named defendants. See ECF No. 4. On March 4, 2022, Defendants Hill and Carillo filed notice of their intent to waive service. See ECF No. 11. On April 1, 2022, Plaintiff filed a first amended complaint. See ECF No. 14. On April 4, 2022, waivers of service of the original complaint were returned executed by both defendants. See ECF No. 15. Before Defendants' time to respond to the original complaint expired, Plaintiff filed a second pleading captioned "First Amended Complaint" on April 11, 2022 (docket as a second amended complaint). See ECF No. 17. On April 28, 2022, Defendants filed a request for the Court to determine the operative complaint and relieve Defendants of their obligation to respond

until 30 days after the Court's order.  See ECF No. 18.  The Court granted Defendants' request.  See ECF No. 23.

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B).  In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2).  As indicated above, Plaintiff's original complaint was filed on December 10, 2021, and the amended complaints were filed – both prior to any response by either defendant to the original complaint – on April 1, 2022, and April 11, 2022, respectively.  Because the amended complaints were filed more than 21 days after the original complaint was filed, and because they were filed without leave of court or a stipulation signed by all parties, they will be stricken.  This action proceeds on the original complaint, which has been screened and served by way of waivers of service returned executed on April 4, 2022.  Defendants shall be directed to file a response to the original complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaints, ECF Nos. 14 and 17, both filed without leave of court or stipulation of all parties, are stricken; and

2. Defendants shall file a response to Plaintiff's original complaint within 30 days of the date of this order.

Dated:  August 16, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE