IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE WEISNER, | No. 2:21-CV-2275-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| RICK HILL, et al., | |
| Defendants. | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request, ECF No. 9, for a District Judge to preside over this matter.

        Plaintiff challenges the undersigned "presiding" over this case. Plaintiff is informed that the undersigned has not been assigned as the presiding judge and that a District Judge will rule on any dispositive matters. Under 28 U.S.C. § 636, the undersigned may rule on non-dispositive matters and issue findings and recommendations on dispositive matters for filing decision by the assigned District Judge. Because the matter has been assigned to a District Judge,

/ / /

/ / /

/ / /

/ / /

and because the undersigned properly exercises jurisdiction under § 636, Plaintiff's motion is denied as unnecessary.

IT IS SO ORDERED.

Dated: December 15, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE