IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE WEISNER,<br><br>            Plaintiff,<br><br>     v.<br><br>RICK HILL, et al.,<br><br>            Defendants. | No.  2:21-CV-2275-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's request, ECF No. 10, for a subpoena.  A review of Plaintiff's filing, however, indicates that it is in fact a copy of a discovery request served by Plaintiff on Defendants.  Because discovery requests are not properly filed with the Court outside the context of a motion to compel, Plaintiff's filing will be stricken.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to strike Plaintiff's filing at ECF No. 10 and to terminate the matter as a pending motion.

Dated:  December 15, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1