IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE WEISNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICK HILL, et al.,<br><br>　　　　Defendants. | No. 2:21-CV-2275-DAD-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff initiated this action with a pro se civil rights compliant filed on December 10, 2021. See ECF No. 1. On February 16, 2022, the Court determined service of the original complaint was appropriate for both named defendants. See ECF No. 4. On March 4, 2022, Defendants Hill and Carillo filed notice of their intent to waive service. See ECF No. 11. On April 1, 2022, Plaintiff filed a first amended complaint. See ECF No. 14. On April 4, 2022, waivers of service of the original complaint were returned executed by both defendants. See ECF No. 15. Before Defendants' time to respond to the original complaint expired, Plaintiff filed a second pleading captioned "First Amended Complaint" on April 11, 2022 (docket as a second amended complaint). See ECF No. 17. On April 28, 2022, Defendants filed a request for the Court to determine the operative complaint and relief Defendants of their obligation to respond

1

until 30 days after the Court's order.  See ECF No. 18.  The Court granted Defendants' request.  See ECF No. 23.  Thereafter, on August 17, 2022, the Court struck the pleadings at ECF Nos. 14 and 17 and ordered that this action proceed on the original complaint.  See ECF No. 24.

On September 7, 2022, Defendants timely filed a motion to dismiss the original complaint.  See ECF No. 26.  On September 22, 2022, Plaintiff filed another motion to amend along with a proposed amended pleading.  See ECF Nos. 27 and 28.  The proposed amended pleading, however, is not a complete amended complaint as it contains no factual allegations or statement of claims.  See ECF No. 28.  This pleading will be stricken.

On September 30, 2022, Plaintiff filed yet another motion for leave to amend, with a proposed amended complaint attached.  See ECF No. 30.  On October 10, 2022, Defendants filed a motion to dismiss the proposed amended complaint.  See ECF No. 31.  A review of the proposed amended complaint attached to Plaintiff's September 30, 2022, filing reflects that it is a complete pleading and appropriately filed.  The Court will grant leave to amend nunc pro tunc to September 30, 2022 – the date Plaintiff submitted his proposed amended pleading with his most recent request to amend.   Defendants' motion to dismiss the original complaint will be stricken because it challenges a pleading which is superseded by the amendment allowed by this order.  Defendants' motion to dismiss the proposed amended complaint is fully briefed and will be addressed by separate findings and recommendations.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint at ECF No. 28 is stricken;

2. Plaintiff's motions for leave to amend, ECF Nos. 27 and 30, are granted;

3. Defendants' motion to dismiss the original complaint, ECF No. 26, is stricken; and

4. The Clerk of the Court is directed to separately file the amended complaint at ECF No. 30, pgs. 3-15, as Plaintiff's first amended complaint.

Dated: December 15, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE